**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7683**

———————————

FELIX ORIAKHI,

                                Plaintiff - Appellant,

        versus

WARDEN BALTIMORE CITY JAIL; BRYANT WEST;
LESLIE YAITHES; THOMAS WYATT; US MARSHALS;
DOUGLAS BIALESE; ANTHONY CANNAVALE; U.S. DRUG
ENFORCEMENT AGENCY; ROBERT DOWDY, a/k/a Rob;
VINCENT NEWBY, a/k/a Abu,

                                Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-95-
2462-L)

———————————

Submitted: November 30, 1995          Decided: May 21, 1996

———————————

Before WILKINSON, Chief Judge, and HALL and MICHAEL, Circuit
Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Felix Oriakhi, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Oriakhi v. Warden Baltimore City Jail</u>, No. CA-95-2462-L (D. Md. Oct. 2, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>